FILED IN CHAMBERS
U.S.D.C. Rome

SEP 2 4 2025

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| PABLO RAMIREZ | No. 4:25-cr-33-WMR |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Counts One Through Two**

On or about the date(s) alleged in Column B of the table below, in the Northern District of Georgia, the defendant, PABLO RAMIREZ, aided and abetted by others known and unknown, knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of the corresponding firearms described in Column D below, which statement(s) was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the sale or disposition of said firearm(s) under Chapter 44, Title 18, United States Code, that is:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Date | Federally Licensed Firearms Dealer | Firearm(s) |
| One | August 19, 2024 | Full Throttle Pawn | Glock Pistol, 44 model, .22 caliber |
| Two | August 19, 2024 | Bartow Pawn | Winchester Shotgun, SXP model, 20 GA |

in that the defendant, PABLO RAMIREZ, falsely represented that he was the actual buyer of said firearm(s) when, as he then knew, he was not the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), Section 924(a)(2), and Section 2.

## Forfeiture

Upon conviction of one or more of the offenses alleged in this Information, the defendant, PABLO RAMIREZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

2

(e) has been commingled with other property which cannot be divided

without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the forfeitable

property.


THEODORE S. HERTZBERG
*United States Attorney*


*Calvin A. Leipold, III*
CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000